UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DYLAN MACKENZIE QUIGLEY-ROBINSON,

    Defendants.
_____/

Case No. 2:14-cr-34

HON. ROBERT HOLMES BELL

## ORDER OF DETENTION

Defendant appeared before the undersigned on October 10, 2014, for an initial appearance and arraignment on an indictment charging Possession of Methamphetamine With Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1), 21:841 U.S.C. § 841(b)(1)(B)(viii) and 21 U.S.C. § 860(a). Defendant was advised that the government had filed a motion for detention, supported by a recommendation from pretrial services. Counsel for defendant requested time to confer with her client and reserve the right to a detention hearing at a later date. Accordingly, IT IS HEREBY ORDERED that the defendant will be detained pending further proceedings.

IT IS SO ORDERED.

Date:  October 10, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge